

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 22 2010

TONY R. MORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DERRICK S. JONES<br>    LA. DOC #379679<br>    OPCC #2006969 | CIVIL ACTION NO. 10-038 |
| VERSUS | DISTRICT JUDGE WALTER |
| BRIAN NEWCOMER, WARDEN | MAGISTRATE JUDGE HAYES |

## ORDER

For the reasons stated in the Report and Recommendation [Record Document 6] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that this *habeas corpus* petition filed pursuant to 28 U.S.C. § 2241 [Record Document 1] is **DISMISSED** for failing to state claim for which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 22 day of April, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE